## OLDS v. STATE.

(Decided June 11, 1914.)

APPEAL from Barbour Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

Per curiam. Appeal dismissed.

---

## PARR v. STATE.

(Decided April 14, 1914.)

APPEAL from Hale Law and Equity Court.

Heard before Hon. CHARLES E. WALLER.

L. M. OTTS and E. S. JACK, for appellant. R. C. BRICKELL, Attorney General, for the State.

PELHAM, J.—Affirmed on the record.

---

## PERRY v. STATE.

(Decided May 14, 1914.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

PELHAM, J.—Affirmed on the record.

---

## QUICK v. STATE.

(Decided May 14, 1914.)

APPEAL from Madison Circuit Court.

Heard before Hon. D. W. SPEAKE.

R. E. SMITH, for appellant. R. C. BRICKELL, Attorney General, for the State.

PELHAM, J.—Affirmed on the authority *Spelce v. State,* 10 Ala. App. 196, 65 South. 199.